# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**JAMES RUSSELL JOHNSON,**
**# 13000034,**

    **Plaintiff,**

vs.                                       **Case No. 5:20cv253-RV-MAF**

**OFFICER GANDY,**

    **Defendant.**
_____/

## O R D E R

This cause now comes before the Court upon the Magistrate Judge's Report and Recommendation, ECF No. 16. Plaintiff, who is *pro se*, was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 16, is adopted and incorporated by reference in this Order.

2.  This case is **DISMISSED without prejudice** and the Clerk of Court must close the file.

**DONE AND ORDERED** this 9th day of February, 2021.

 S/   Roger Vinson
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**